**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GERALD FELLOWS,**<br><br>        **Petitioner,**<br><br>   **v.**<br><br>**J.D. HARTLEY,**<br><br>        **Respondent.** | **1:08-cv-1556-OWW-JMD-HC**<br><br>**ORDER DISREGARDING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL (Doc. 28)** |

On October 16, 2008, petitioner Gerald Fellows ("Petitioner"), a state prisoner proceeding pro se, filed a habeas corpus action pursuant to 28 U.S.C. § 2254. See Doc. No. 1. On October 25, 2010, this court issued an order granting Petitioner's writ of habeas corpus. See Doc. No. 19. On October 27, 2010, Respondent filed a notice of appeal with the Court of Appeals for the Ninth Circuit. See Doc. No. 22. On December 15, 2010, Petitioner filed the instant motion for appointment of counsel. Because Petitioner is seeking counsel to represent him before the Ninth Circuit, Petitioner's motion would be better suited for review by the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel, filed December 15, 2010, is DISREGARDED. If Petitioner wishes to pursue his motion,

**1**

Petitioner is to re-file his motion with the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   February 3, 2011**                    **/s/ John M. Dixon**
                                         UNITED STATES MAGISTRATE JUDGE